## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CR F BRANNON**
**ADC #124405A**                                                     **PLAINTIFF**

v.                                    **No. 5:13-cv-16-DPM**

**JOHN O. LYTLE, Doctor, Corizon,**
**ADC; BERNARD G. CROWELL, Doctor,**
**Corizon/ADC; TROY MOORE, Doctor,**
**Corizon/ADC; ESTELLA BLAND, APN,**
**Cummins Unit, ADC; and CORIZON INC.**            **DEFENDANTS**

### JUDGMENT

Brannon's constitutional claims against Crowell, Moore, Bland, and

Corizon Inc. are dismissed with prejudice. His claim against Lytle is

dismissed without prejudice. All his state-law claims are dismissed without

prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 March 2014