IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

C.R. F. BRANNON
ADC #124405A                                                              PLAINTIFF

v.                                    No. 5:13-cv-16-DPM

JOHN O. LYTLE, Doctor, Corizon, ADC;
BERNARD G. CROWELL, Doctor, Corizon, ADC;
TROY MOORE, Doctor, Corizon, ADC;
ESTELLA BLAND, APN, Cummins Unit, ADC; and
CORIZON, INC.                                                             DEFENDANTS

ORDER

1. The United States Court of Appeals for the Eighth Circuit affirmed the Judgment in this case and granted Brannon's motion to proceed *in forma pauperis*. № 95. It remanded to this Court the assessment and collection of $505.00 in appeals-related fees.

2. The Court assess no initial filing fee because Brannon lacks the money to pay one. Until Brannon has paid his appeals fees in full, the Administrator of Cummins Unit or his designee must make monthly payments of twenty percent of the preceding month's income credited to Brannon's prison trust account each time the balance exceeds $10.00. 28 U.S.C. § 1915(b)(2).

3. The Court directs the Clerk to mail a copy of this Order to the Arkansas Department of Correction Compliance Office, P.O. Box 20550, Pine

Bluff, AR 71612; the Arkansas Department of Correction Trust Fund Centralized Banking Office, P.O. Box 8908, Pine Bluff, AR 71611; and to the Warden/Director of Cummins Unit, P.O. Box 500, Grady, AR 71644.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 December 2014